

No. 15–0019/AF. U.S. v. Luis A. Walker. CCA 38237. On consideration of Appellee's motion to attach and motion to deny the petition of grant of review for lack of jurisdiction, which this Court construes as a motion to dismiss the petition for grant of review for lack of jurisdiction, it is ordered that said motions are hereby granted.

No. 14–0769/AF. U.S. v. Kwinton K. Estacio. CCA 38256. On consideration of Appellant's motion to supplement the record and motion for leave to file a supplemental issue presented, it is ordered that said motions are hereby denied.

No. 15–0133/NA. U.S. v. Conrad A. Rockenhaus. CCA 201300409. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 17, 2014.

No. 15–0137/MC. U.S. v. Edward J. Wilson. CCA 201300315. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 17, 2014.

No. 15–0130/NA. U.S. v. Del'Zhea Chatman. CCA 201300119. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 17, 2014.

Thursday, October 30, 2014

No. 15–0039/AR. U.S. v. Adam J. Hall. CCA 20130217. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

* It is directed that the decision of the United States Army Court of Criminal Appeals be corrected to reflect in the opening paragraph that Appellant was convicted of two specifications of wrongful distribution of a controlled substance in violation of Article 112a, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 912a (2006), vice Article 112, UCMJ, 10 U.S.C. § 912 (2006).